dahl, *Andrew F. Oehmann,* and *Archibald Cox* for the United States.

No. 122. KRAVITZ *v.* STATE OF NEW YORK. October 19, 1942. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Jacob W. Friedman* for petitioner.

No. 199. CRAIN ET AL., TRUSTEES, *v.* UNITED STATES. October 19, 1942. Petition for writ of certiorari to the Court of Claims denied. *Mr. Geo. E. H. Goodner* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 337. TOKATYAN *v.* CHOPNICK. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Benjamin Pepper* for petitioner. *Mr. Benjamin Howe Conner* for respondent.

No. 343. THOMPSON *v.* GEORGIA. October 19, 1942. Petition for writ of certiorari to the Court of Appeals of Georgia denied. *Mr. Thomas Howell Scott* for petitioner.

No. 346. STONEWALL COTTON MILLS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. William H. Watkins* and *P. H. Eager, Jr.* for petitioner. *Solicitor General Fahy* and

*Messrs. Richard S. Salant, Robert B. Watts, Ernest A. Gross,* and *Morris P. Glushien* for respondent.

No. 348. HILLEY *v.* SPIVEY, SHERIFF. October 19, 1942. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. *Mr. Hayden C. Covington* for petitioner.

No. 349. LARGENT *v.* REEVES, CITY MARSHAL. October 19, 1942. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. *Mr. Hayden C. Covington* for petitioner.

No. 350. KILLAM *v.* FLORESVILLE. October 19, 1942. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. *Mr. Hayden C. Covington* for petitioner.

No. 353. HILLMER, REPRESENTATIVE OF CREDITORS OF CHICAGO BANK OF COMMERCE, *v.* BENDIX. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George Edward Leonard* for petitioner. *Mr. G. A. Farabaugh* for respondent.

No. 357. INDUSTRIAL BOARD OF THE STATE OF NEW YORK *v.* NEW YORK CENTRAL RAILROAD Co. October 19, 1942. Petition for writ of certiorari to the Supreme Court, Appellate Division, of New York, denied. *Messrs. John J. Bennett, Jr.,* Attorney General of New York, and *Joseph A. McLaughlin,* Assistant Attorney General, for petitioner. *Messrs. Robert E. Whalen* and *Charles E. Nichols*